**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LAFAYETTE WOODS, )<br>)<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>LINDA C. EHRINGER, et al., )<br>)<br>           Defendants. ) | 1:04-cv-1742-SEB-VSS |

**Entry Directing Issuance of Final Judgment**

The plaintiff has not responded to the show cause order of July 14, 2006. Consistent with that order and with the ruling on the motion for summary judgment filed by defendants Ehringer and Lochner, summary judgment is now entered in favor of defendants Koch, Thomas, and Klink as to the plaintiff's claims against these defendants in this action.

All claims against all defendants have now been resolved. Judgment consistent with this Entry and with the Entry of July 14, 2006, granting summary judgment as to the claims asserted against defendants Ehringer and Lochner, shall now issue.

**IT IS SO ORDERED.**

Date: 08/22/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana