## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

LAFAYETTE WOODS,         )
                                 )
              Plaintiff,     )
      vs.                        )      1:04-cv-1742-SEB-VSS
                                   )
LINDA C. EHRINGER, et al.,     )
                                 )
            Defendants.    )

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that judgment is entered for the defendants and against the plaintiff on his complaint.

The costs of this action are assessed against the plaintiff.

Date: 08/22/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony D. Kowals
HERENDEEN KOWALS AMBLER MCTIGUE & LENYO
akowals@hotmail.com

David Michael McTigue
HERENDEEN KOWALS AMBLER MCTIGUE & LENYON
dbldmr@aol.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

Lafayette Woods
6140 Brockworth Drive  Apt. J
Indianapolis, IN 46204